# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELVIA SOLORZANO-ROBINSON
INDIVIDUALLY AND ON BEHALF
OF JASMINE ROBINSON

VERSUS

PV HOLDING CORP., BUDGET
RENT A CAR SYSTEM, INC.,
AVIS BUDGET CAR RENTAL, LLC,
ALBERT DICKEY, AND
PROGRESSIVE SECURITY
INSURANCE COMPANY

NO.  2025 CW 0499

**JUNE 09, 2025**

---

In Re:   Elvia Solorzano-Robinson individually and on behalf of
         Jasmine Robinson, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         721403.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              HG
                              TPS

     McClendon, C.J., concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396
So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT